IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARCO R. BRUNATTI ASSOCIATES a/k/a M.R. BRUNATTI ASSOCIATES, <br><br> Defendant. | Civil Action No. 1:09-cv-1132 |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 21, 2010 recommending entry of default against Defendant Marco R. Brunatti Associates a/k/a M.R. Brunatti Associates. The Defendant has not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. Thus, it is hereby,

ORDERED that judgment is entered in favor of the National Pension Fund against Defendant Marco R. Brunatti Associates a/k/a M.R. Brunatti Associates in the amount of $14,167.10;

ORDERED that judgment is entered in favor of the International Training Fund against Defendant Marco R. Brunatti Associates a/k/a M.R. Brunatti Associates in the amount of $603.90.

It is further ORDERED that the Clerk of Court is directed to enter judgment against Defendant.

Alexandria, Virginia
June 22, 2010

/s/ *(signature)*
Liam O'Grady
United States District Judge

/s/
Liam O'Grady
United States District Judge